

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00803-CV

Armando **BENAVIDES**,
Appellant

v.

Anselmo **BENAVIDES**, Antonio Benavides, and A.T. Trucking, L.L.P.,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 06-03-44411-CV
Honorable Richard C. Terrell, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of this appeal are taxed against appellant.

SIGNED February 15, 2017.

_____
Irene Rios, Justice